IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 20 -17 Erie |
| | ) | |
| JAMES PAREDES ANDRADA | ) | (18 U.S.C. §§ 2252(a)(2), |
| | ) | 2252(b)(1), 2252(a)(4)(B) |
| | ) | and 2252(b)(2)) |
| | ) | **(Under Seal)** |

## INDICTMENT

## COUNT ONE

The grand jury charges:

From in and around November 2019, to in and around February 2020, in the Western District of Pennsylvania, the defendant, JAMES PAREDES ANDRADA, did knowingly receive, and attempt to receive, visual depictions of a minor that had been shipped and transported in interstate commerce, specifically by computer, the production of which involved the use of minors engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256.

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT TWO

The grand jury further charges:

From in and around November 2019, to in and around February 2020, in the Western District of Pennsylvania, the defendant, JAMES PAREDES ANDRADA, did knowingly possess, and attempt to possess, visual depictions, namely, visual images in individual computer files, the production of which involved the use of minors engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, and which depicted minors engaging in sexually explicit conduct, all of which had been shipped and transported in interstate and foreign commerce, by means of a computer.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## FORFEITURE ALLEGATIONS

1.    The grand jury re-alleges and incorporates by reference the allegations contained in Counts One and Two of this Indictment for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 2253(a)(3).

2.    As a result of the commission of the violations charged in Counts One and Two of this Indictment, the defendant, JAMES PAREDES ANDRADA, did use the following to commit or to promote the commission of said violations:

        a)    HP laptop computer, bearing serial number RF8J92ZDMEH;

        b)    Samsung cell phone, bearing serial number SCD5483BTM.

WHEREFORE, the government seeks forfeiture of the Subject Property pursuant to Title 18, United States Code, Section 2253(a)(3).

A True Bill,

_____
FOREPERSON

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352

3